CARLETON L. BRIGGS, SBN 117361
Attorney and Counselor at Law
3510 Unocal Place, Suite 209
Santa Rosa, CA  95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA by and through her guardians ad litem, PAMELA and TIMOTHY PADULA; TULASI A. LAGARES, by and through her guardian ad litem ARLEEN LAGARES;  JESSICA HALL; CHRISTINA PISTORIUS; MICHAEL VALENZUELA; RONDA PADULA; CATHY PADULA; MANDY LEAHY; REBECCA HARRIS; RENEE VAN DIVER; RITA MARCHIONE; SUNDAY E.H. BOGART; CHET BARNES; PAMELA PADULA; TIMOTHY PADULA; TRAVIS FERI; PAMELA HALL; VIVIAN LEAHY; DEBBY GORDON; PATRICIA COTTER; and MALLIE KERWOOD,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ROBERT MORRIS; RAY KELLAR; PAULA AMEN-SCHMITT; ALANA JONES; STEVEN RODGERS; CHRISTOPHER RAINE; JANICE GARRIGUS; ANTHONY PAGANNINI; WILLIAM TOWNSEND; JUDITH WELCOME; DUNSMUIR JOINT UNION HIGH SCHOOL DISTRICT, a governmental entity in the County of Siskiyou, California; and DOES 1 through 60, inclusive,<br><br>        Defendants.<br>_____/ | Case No. 2:05-CV-0411-MCE-PAN<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

- 1 -

1     WHEREAS counsel for Defendants has a binding arbitration and three trials scheduled through December of 2005,

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the Defendants herein shall have an extension of time through January 6, 2006 to answer the First Amended Complaint in this matter.

Dated: October 25, 2005          /s/ Carleton L. Briggs
                                           CARLETON L. BRIGGS

                                             Attorney for Plaintiffs

Dated: October 25, 2005          /s/ John P. Kelley
                                             JOHN P. KELLEY, ESQ.

                                             Attorney for Defendants

### ORDER

    On reading and filing the stipulation of the parties hereto,

    IT IS HEREBY ORDERED that the Defendants herein shall have an extension of time through January 6, 2006 to answer the First Amended Complaint in this matter.

Dated:  October 27, 2005

                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT
*Padula, et al. v. Morris, et al.*, Case No. 2:05-CV-00411-MCE-PAN