CARLETON L. BRIGGS (SBN 117361)
Law Offices of Carleton L. Briggs
3510 Unocal Place, Suite 209
Santa Rosa, California 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAYNA PADULA, ET AL.** | NO. **2:05-CV-00411-MCE-EFB** |
| Plaintiffs, | **PETITION AND ORDER FOR TERMINATION OF GUARDIANSHIP AD LITEM FOR TULASI LAGARES** |
| v. | |
| **ROBERT MORRIS, ET AL.** | |
| Defendants. | |

Petitioner states as follows:

 1. I was a minor when I commenced the action in this Court against Defendants ROBERT MORRIS, ET AL. for the matters more particularly set forth in the first amended complaint already on file in this matter.

 2. My mother, Arleen Lagares, whose address was 44 West Lake Street, Apartment #1, Weed, California 96094, was appointed by the Court to act as my guardian ad litem.

 3. I have reached the age of majority and am no longer a minor.

 WHEREFORE, petitioner Tulasi Lagares moves the Court for an order terminating Arleen Lagares' guardianship ad litem of petitioner for the purpose of prosecuting the action against Defendants on the claims hereinabove stated.

DATED: August 2, 2007

/s/ Carleton L. Briggs
CARLETON L. BRIGGS
Attorney for Petitioner TULASI LAGARES

**STIPULATION OF COUNSEL FOR DEFENDANTS**

Defendants stipulate to the requested order.

DATED: August 2, 2007          HALKIDES, MORGAN & KELLEY

By /s/ John P. Kelley
JOHN P. KELLEY
Attorneys for Defendants

**ORDER**

The petition for an order terminating Arleen Lagares' guardianship ad litem for petitioner Tulasi Lagares, who is no longer a minor, is GRANTED.

IT IS SO ORDERED.

Dated: August 7, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---