CARLETON L. BRIGGS (SBN 117361)
Law Offices of Carleton L. Briggs
3510 Unocal Place, Suite 209
Santa Rosa, California 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAYNA PADULA, ET AL.** | NO. **2:05-CV-00411-MCE-EFB** |
| Plaintiffs, | **PETITION AND ORDER FOR TERMINATION OF GUARDIANSHIP AD LITEM FOR DAYNA PADULA** |
| v. | |
| **ROBERT MORRIS, ET AL.** | |
| Defendants. | |

Petitioner states as follows:

1. I was a minor when I commenced the action in this Court against Defendants ROBERT MORRIS, ET AL. for the matters more particularly set forth in the first amended complaint already on file in this matter.

2. My parents, Pamela Padula and Timothy Padula, whose address is 4146 Prospect Avenue, Dunsmuir, California 96025, were appointed by the Court to act as my guardians ad litem.

3. I have reached the age of majority and am no longer a minor.

WHEREFORE, petitioner Dayna Padula moves the Court for an order terminating Pamela Padula's and Timothy Padula's guardianship ad litem of petitioner for the purpose of prosecuting the action against Defendants on the claims hereinabove stated.

1 | DATED: August 2, 2007

          /s/ Carleton L. Briggs
          CARLETON L. BRIGGS
          Attorney for Petitioner DAYNA PADULA

**STIPULATION OF COUNSEL FOR DEFENDANTS**

Defendants stipulate to the requested order.

DATED: August 2, 2007        HALKIDES, MORGAN & KELLEY

          By /s/ John P. Kelley
          JOHN P. KELLEY
          Attorneys for Defendants

**ORDER**

The petition for an order terminating Pamela Padula's and Timothy Padula's guardianship ad litem for petitioner Dayna Padula, who is no longer a minor, is GRANTED.

IT IS SO ORDERED.

Dated: August 7, 2007

          _____
          MORRISON C. ENGLAND, JR.
          UNITED STATES DISTRICT JUDGE