1  CARLETON L. BRIGGS (SBN 117361)
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, California 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Plaintiffs

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **DAYNA PADULA, ET AL.**           No. 2:05-cv-00411-MCE-EFB

12         Plaintiffs,                **PETITION AND ORDER FOR**
                                      **TERMINATION OF GUARDIANSHIP**
13    v.                              **AD LITEM FOR JESSICA HALL**

14 **ROBERT MORRIS, ET AL.**

15         Defendants.

16 _____/

17 Petitioner states as follows:

18   1. I was a minor when I commenced the action in this Court against Defendants ROBERT

19 MORRIS, ET AL. for the matters more particularly set forth in the first amended complaint

20 already on file in this matter.

21   2. My mother, Pamela Hall, whose address is 518 Everitt Memorial Drive, Apartment B, Mt.

22 Shasta, California 96067, was appointed by the Court to act as my guardian ad litem.

23   3. I have reached the age of majority and am no longer a minor.

24   WHEREFORE, petitioner Jessica Hall moves the Court for an order terminating Pamela

25 Hall's guardianship ad litem of petitioner for the purpose of prosecuting the action against

26 Defendants on the claims hereinabove stated.

27 ///

28 ///

_____
PETITION AND ORDER FOR TERMINATION OF GUARDIANSHIP AD LITEM FOR JESSICA HALL
CASE NO. 2:05-CV-00411-MCE-EFB              -1-

1  DATED: August 2, 2007

                                    /s/ Carleton L. Briggs
3                                   CARLETON L. BRIGGS
                                    Attorney for Petitioner JESSICA HALL

6              **STIPULATION OF COUNSEL FOR DEFENDANTS**

7      Defendants stipulate to the requested order.

9  DATED: August 2, 2007            HALKIDES, MORGAN & KELLEY

11                                  By /s/ John P. Kelley
                                       JOHN P. KELLEY
12                                     Attorneys for Defendants

14                              **ORDER**

15     The petition for an order terminating Pamela Hall's guardianship ad litem for petitioner

16  Jessica Hall, who is no longer a minor, is GRANTED.

17     IT IS SO ORDERED.

19   Dated: August 9, 2007

                                    _____
21                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

_____
PETITION AND ORDER FOR TERMINATION OF GUARDIANSHIP AD LITEM FOR JESSICA HALL
CASE NO. 2:05-CV-00411-MCE-EFB            -2-