CARLETON L. BRIGGS, SBN 117361
Law Offices of Carleton L. Briggs
3510 Unocal Place, Suite 209
Santa Rosa, CA 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA, TULASI A. LAGARES, JESSICA HALL, CHRISTINA PISTORIUS, MICHAEL VALENZUELA, RONDA PADULA, CATHY PADULA, MANDY LEAHY, REBECCA HARRIS, RENEE VAN DIVER, RITA MARCHIONE, SUNDAY E.H. BOGART, CHET BARNES, PAMELA PADULA, TIMOTHY PADULA, TRAVIS FERI, PAMELA HALL, VIVIAN LEAHY, DEBBY GORDON, PATRICIA COTTER, and MALLIE KERWOOD,<br><br>        Plaintiffs,<br>vs.<br><br>ROBERT MORRIS; RAY KELLAR; PAULA AMEN-SCHMITT; ALENA JONES; STEVEN ROGERS; CHRISTOPHER RAINE; JANICE GARRIGUS; ANTHONY PAGANINI; WILLIAM TOWNSEND; JUDITH WELCOME; DUNSMUIR JOINT UNION HIGH SCHOOL DISTRICT, a governmental entity in the County of Siskiyou, California; and DOES 1 through 60, inclusive,<br><br>        Defendants.<br> / | Case No.: 2:05-CV-00411-MCE-EFB<br><br>STIPULATION FOR EXTENSION OF NON-EXPERT DISCOVERY CUTOFF; ORDER THEREON [FRCP Rule 29, Local Rule 83-141(b)] |

1

STIPULATION FOR EXTENSION OF NON-EXPERT DISCOVERY; ORDER THEREON

1    IT IS HEREBY STIPULATED by and between the parties to this action through
2 their designated counsel that non-expert discovery cutoff in this matter is extended from
3 November 14, 2007 to December 21, 2007, all other dates in the Court's Scheduling
4 Order, as modified, to remain the same.

5

6 DATED:  September 24, 2007          HALKIDES, MORGAN & KELLEY

7

8                                      By /s/ John P. Kelley
                                          JOHN P. KELLEY
9                                         Attorneys for Defendants

10

11

12 DATED:  September 24, 2007

13
                                       /s/ Carleton L. Briggs
14                                     CARLETON L. BRIGGS
                                       Attorney for Plaintiffs
15

16

17                              **ORDER**

18    IT IS SO ORDERED.

19

20  Dated:  October 10, 2007

21
                                       _____
22                                     MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28
                                    2
       STIPULATION FOR EXTENSION OF NON-EXPERT DISCOVERY; ORDER THEREON