1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | DAYNA PADULA, JESSICA HALL, CHRISTINA PISTORIUS, MICHAEL VALENZUELA, RONDA PADULA, CATHY PADULA, MANDY LEAHY, RENEE VAN DIVER, RITA MARCHIONE, SUNDAY E.H. BOGART, CHET BARNES, PAMELA PADULA, TIMOTHY PADULA, TRAVIS FERI, PAMELA HALL, VIVIAN LEAHY, PATRICIA COTTER, and MALLIE KERWOOD, | Case No.: 2:05-CV-00411-MCE-EFB

STIPULATION TO SUBMIT MOTION FOR SUMMARY ADJUDICATION UPON THE RECORD AND BRIEFS, WITH NO ORAL ARGUMENT; ORDER THEREON
[L.R. 78-230(h)] |
|---|---|
|             Plaintiffs,
   vs.

ROBERT MORRIS; RAY KELLAR; PAULA AMEN-SCHMITT; ALENA JONES; STEVEN ROGERS; CHRISTOPHER RAINE; WILLIAM TOWNSEND; DUNSMUIR JOINT UNION HIGH SCHOOL DISTRICT, a governmental entity in the County of Siskiyou, California; and DOES 1 through 60, inclusive,

             Defendants.
_____/ | Date:  Dec. 7, 2007
Time:  9:00 a.m.
Courtroom 3
Judge: Hon. Morrison C. England, Jr.
Trial Date:       Aug. 18, 2008
Complaint Filed:  May 1, 2005 |

///

///

///

///

1
STIPULATION TO SUBMIT MSA ON RECORD AND BRIEFS; ORDER THEREON

1    IT IS HEREBY STIPULATED by and between the parties to this action through
2 their designated counsel that the Defendants' Motion for Summary Adjudication be
3 submitted upon the record and briefs, per L.R. 78-230(h), and that there be no appearance
4 by counsel and no oral argument on the hearing date.
5
6 DATED: December 5, 2007
7
8                                         By: /s/ John P. Kelley
                                                  JOHN P. KELLEY
9                                                 Attorney for Defendants
10
11
12 DATED: December 5, 2007
13
14                                        By: /s/ Carleton L. Briggs
                                                  CARLETON L. BRIGGS
15                                                Attorney for Plaintiffs
16
17                                    **ORDER**
18    IT IS SO ORDERED.
19
20  Dated:  December 5, 2007
21                                        _____
                                          MORRISON C. ENGLAND, JR.
22                                        UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
                                          2
          STIPULATION TO SUBMIT MSA ON RECORD AND BRIEFS; ORDER THEREON