1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 DAYNA PADULA; JESSICA HALL;                    Case No.: 2:05-CV-00411-MCE-EFB
   CHRISTINA PISTORIUS; MICHAEL
12 VALENZUELA; RONDA PADULA; CATHY                ORDER GRANTING PLAINTIFFS'
   PADULA; MANDY LEAHY; RENEE VAN                 EX PARTE MOTION FOR
13 DIVER; RITA MARCHIONE; SUNDAY E.H.             CONTINUANCE OF HEARINGS
   BOGART; CHET BARNES; PAMELA                    ON DEFENDANTS' MOTION FOR
14 PADULA; TIMOTHY PADULA; TRAVIS                 SUMMARY JUDGMENT AND
   FERI; PAMELA HALL; VIVIAN LEAHY;               MOTION FOR JUDGMENT ON
15 PATRICIA COTTER; and MALLIE                    THE PLEADINGS
   KERWOOD,
16                                                Date:
                Plaintiffs,                       Time: 9:00 a.m.
17 vs.                                            Courtroom 3
                                                  Judge: Hon. Morrison C. England, Jr.
18 ROBERT MORRIS; RAY KELLAR; PAULA               Trial Date:    August 18, 2008
   AMEN-SCHMITT; ALENA JONES;                     Complaint Filed:    March 1, 2005
19 STEVEN ROGERS; CHRISTOPHER RAINE;
   WILLIAM TOWNSEND; JUDITH
20 WELCOME; DUNSMUIR JOINT UNION
   HIGH SCHOOL DISTRICT, a governmental
21 entity in the County of Siskiyou, California;
   and DOES 1 through 60, inclusive,
22
                Defendants.
23                                              /

24 ///

25 ///

26 ///

27

28                                    1
   ORDER GRANTING PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARINGS ON DEFENDANTS'
      MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS

1   On proof made to the satisfaction of the Court, the Court finds that:

2   1.   Due notice of the ex parte motion has been given, as required by law.

3   2.   Plaintiffs have failed to cooperate or follow their counsel's professional advice regarding their case. Counsel feels he can no longer act as an effective advocate for the plaintiffs in this matter. Counsel and plaintiffs find themselves in a conflict that will unduly prejudice plaintiffs in this litigation and prevents counsel from responding to the instant defense motions.

3.   It is in the best interest of plaintiffs that their counsel withdraw, so that they can seek new counsel to address the issues raised in defendants' latest summary judgment motions. Counsel's withdrawal should precede any hearing on the pending summary judgment motions, so that plaintiffs have sufficient time to obtain new counsel and for their new counsel to oppose the motions.

4.   Hearing on counsel's motion to withdraw has been set for April 4, 2008. Trial in this matter has been set for August 18, 2008.

**IT IS ORDERED** that the hearings on defendants' motion for summary judgment filed February 29, 2008 and motion for judgment on the pleadings filed March 3, 2008, which hearings are currently scheduled for April 4, 2008, shall be continued to May 2, 2008, to allow plaintiffs sufficient time to obtain new counsel to address the issues raised in defendants' motions. The deadline for dispositive motions is extended accordingly. All other dates in the Court's Scheduling Order, as modified, shall remain the same.

Dated: March 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE