| | |
|---|---|
| 1 | CARLETON L. BRIGGS, SBN 117361 |
| | Law Offices of Carleton L. Briggs |
| 2 | 3510 Unocal Place, Suite 209 |
| | Santa Rosa, CA 95403-0918 |
| 3 | Telephone: (707) 523-2251 |
| | Facsimile: (707) 523-2253 |
| 4 | E-mail: clbriggs@sonic.net |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA, JESSICA HALL, CHRISTINA PISTORIUS, MICHAEL VALENZUELA, RONDA PADULA, CATHY PADULA, MANDY LEAHY, RENEE VAN DIVER, RITA MARCHIONE, SUNDAY E.H. BOGART, CHET BARNES, PAMELA PADULA, TIMOTHY PADULA, TRAVIS FERI, PAMELA HALL, VIVIAN LEAHY, PATRICIA COTTER, and MALLIE KERWOOD, | Case No.: 2:05-CV-00411-MCE-EFB |
| | STIPULATION THAT PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS MAY BE E-FILED ON MARCH 21, 2008, WITHOUT PERSONAL SERVICE; ORDER THEREON |
| Plaintiffs, | _____ |
| vs. | Date:  April 4, 2008 |
| | Time:  9:00 a.m. |
| ROBERT MORRIS; RAY KELLAR; PAULA AMEN-SCHMITT; ALENA JONES; STEVEN ROGERS; CHRISTOPHER RAINE; WILLIAM TOWNSEND; DUNSMUIR JOINT UNION HIGH SCHOOL DISTRICT, a governmental entity in the County of Siskiyou, California; and DOES 1 through 60, inclusive, | Courtroom: 3 |
| | Judge:  Hon. Morrison C. England, Jr. |
| | Complaint filed: March 1, 2005 |
| | Trial date: August 18, 2008 |
| Defendants.                                          / | |

///

///

///

///

1

STIPULATION THAT OPPOSITIONS MAY BE E-FILED MARCH 21, 2008; ORDER THEREON

1      IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that Plaintiffs' oppositions to Defendants' motion for summary
3  judgment filed February 29, 2008 and motion for judgment on the pleadings filed
4  March 3, 2008, may be filed electronically on March 21, 2008, without personal service.
5  The due date for the optional reply briefs shall not change.
6      All other dates in the Court's Scheduling Order, as modified, shall remain the
7  same.
8
9  DATED: March 14, 2008                    HALKIDES, MORGAN & KELLEY
10
11                                          By /s/ John P. Kelley
                                               JOHN P. KELLEY
12                                          Attorneys for Defendants
13
14  DATED: March 14, 2008
15
                                            /s/ Carleton L. Briggs
16                                          CARLETON L. BRIGGS
                                            Attorney for Plaintiffs
17
18                              **ORDER**
19      IT IS SO ORDERED.
20   Dated: March 19, 2008
21
22                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
                                          2
STIPULATION THAT OPPOSITIONS MAY BE E-FILED MARCH 21, 2008; ORDER THEREON