| | |
|---|---|
| 1 | **John P. Kelley, CSB 168904** |
| 2 | LAW OF ICES OF<br>**HALKIDES, MORGAN** |
| 3 | **& KELLEY** |
| 4 | 833 MISTLETOE LANE |
| 5 | POST OFFICE DRAWER  492170 |
| 6 | REDDING, CALIFORNIA  96049-2170 |
|   | (530) 221-8150 |

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DAYNA PADULA by and through her guardians ad litem, PAMELA and TIMOTHY PADULA; TULASI A. LAGARES by and through her guardian ad litem ARLEEN LAGARES, JESSICA HALL, CHRISTINA PISTORIUS, MICHAEL VALENZUELA, RONDA PADULA, CATHY PADULA; MANDY LEAHY, REBECCA HARRIS; RENEE VAN DIVER, RITA MARCHIONE, SUNDAY E.H. BOGART; CHET BARNES; PAMELA PADULA; TIMOTHY PADULA; TRAVIS FERI; PAMELA HALL; VIVIAN LEAHY; DEBBY GORDON; PATRICIA COTTER; and MALLIE KERWOOD

            Plaintiff,

v.

ROBERT MORRIS, RAY KELLAR, PAULA AMEN-SCHMITT, ALANA JONES STEVEN ROGERS, CHRISTOPHER RAINE, JANICE GARRIGUS, ANTHONY PAGANINI, WILLIAM TOWNSEND, JUDITH WELCOME, DUNSMUIR JOINT UNIFIED HIGH SCHOOL DISTRICT, a governmental entity in the County of Siskiyou, California, SOUTHERN HUMBOLDT UNIFIED SCHOOL DISTIRCT, a governmental entity in the County of Humboldt, California; and DOES 1 through 60, inclusive.

            Defendants

_____/

No. 2: 05-cv-00411-MCE-EFB

ORDER DISMISSING PAMELA HALL

1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Pamela Hall and all Defendants having stipulated to dismissing Pamela Hall from the litigation with prejudice, each side to bear their own fees and costs, including attorney's fees, the Court hereby orders Pamela Hall dismissed from the litigation pursuant to these terms.

Dated: June 27, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com