**John P. Kelley, CSB 168904**

LAW OF ICES OF

**HALKIDES, MORGAN**
**& KELLEY**

833 MISTLETOE LANE

POST OFFICE DRAWER  492170

REDDING, CALIFORNIA  96049-2170

(530) 221-8150

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA by and through her guardians ad litem, PAMELA and TIMOTHY PADULA; TULASI A. LAGARES by and through her guardian ad litem ARLEEN LAGARES, JESSICA HALL, CHRISTINA PISTORIUS, MICHAEL VALENZUELA, RONDA PADULA, CATHY PADULA; MANDY LEAHY, REBECCA HARRIS; RENEE VAN DIVER, RITA MARCHIONE, SUNDAY E.H. BOGART; CHET BARNES; PAMELA PADULA; TIMOTHY PADULA; TRAVIS FERI; PAMELA HALL; VIVIAN LEAHY; DEBBY GORDON; PATRICIA COTTER; and MALLIE KERWOOD | No. 2: 05-cv-00411-MCE-PAN |
| | ORDER DISMISSING JESSICA HALL |

         Plaintiff,

         v.

ROBERT MORRIS, RAY KELLAR, PAULA AMEN-SCHMITT, ALANA JONES STEVEN ROGERS, CHRISTOPHER RAINE, JANICE GARRIGUS, ANTHONY PAGANINI, WILLIAM TOWNSEND, JUDITH WELCOME, DUNSMUIR JOINT UNIFIED HIGH SCHOOL DISTRICT, a governmental entity in the County of Siskiyou, California, SOUTHERN HUMBOLDT UNIFIED SCHOOL DISTIRCT, a governmental entity in the County of Humboldt, California; and DOES 1 through 60, inclusive.

         Defendants

_____/

1

Plaintiff Jessica Hall and all Defendants having stipulated to dismissing Jessica Hall from the litigation with prejudice, each side to bear their own fees and costs, including attorney's fees, the Court hereby orders Jessica Hall dismissed from the litigation pursuant to these terms.

Dated: August 4, 2008

    DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE