UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAYNA PADULA, ET AL.,            No. 2:05-cv-00411-MCE-EFB

    Plaintiffs,

  v.                              MEMORANDUM AND ORDER

ROBERT MORRIS, ET AL.,

    Defendants.

----oo0oo----

Presently before the Court is Defendants' Motion for Summary Judgment as to Plaintiffs' Fifth and Sixth Causes of Action. Because Plaintiffs do not oppose this motion, Defendants' motion is granted.[1]

Plaintiffs' First Amended Complaint asserts causes of action for sexual harassment and sexual discrimination under both federal and state law against various school administrators, school board members, and the Dunsmuir Joint Union High School District.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1 Plaintiffs' Fifth and Sixth Causes of Action allege that
2 Defendants deprived Plaintiffs of procedural due process at the
3 April 7, 2004, April 22, 2004, and July 2004 sessions of the
4 Board of Trustees of Dunsmuir Joint Union High School.
5 Defendants brought various arguments in support of their motion
6 for summary judgment on these claims.  Plaintiffs, having
7 reviewed and researched the issues raised, filed a statement with
8 this Court that they do not oppose the motion for summary
9 judgment as to their Fifth and Sixth causes of action.
10 Accordingly, Defendants' motion is granted.

## CONCLUSION

For the foregoing reasons, Defendants' Motion for Summary Judgment of the Fifth and Sixth Causes of Action is GRANTED.

IT IS SO ORDERED.

Dated: August 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2