John P. Kelley CSB#168904

LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**
833 MISTLETOE LANE
POST OFFICE DRAWER 492170
REDDING, CALIFORNIA 96049-2170
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA by and through her guardians ad litem, PAMELA and TIMOTHY PADULA; TULASI A. LAGARES by and through her guardian ad litem ARLEEN LAGARES, JESSICA HALL, CHRISTINA PISTORIUS, MICHAEL VALENZUELA, RONDA PADULA, CATHY PADULA; MANDY LEAHY, REBECCA HARRIS; RENEE VAN DIVER, RITA MARCHIONE, SUNDAY E.H. BOGART; CHET BARNES; PAMELA PADULA; TIMOTHY PADULA; TRAVIS FERI; PAMELA HALL; VIVIAN LEAHY; DEBBY GORDON; PATRICIA COTTER; and MALLIE KERWOOD<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT MORRIS, RAY KELLAR, PAULA AMEN-SCHMITT, ALENA JONES  STEVEN ROGERS, CHRISTOPHER RAINE, JANICE GARRIGUS, ANTHONY PAGANINI, WILLIAM TOWNSEND, JUDITH WELCOME, DUNSMUIR JOINT UNIFIED HIGH SCHOOL DISTRICT, a governmental entity in the County of Siskiyou, California, and DOES 1 through 60, inclusive.<br><br>          Defendants<br>_____/ | No. 2:05-cv-00411-MCE-EFB<br><br><br><br>**JUDGMENT** |

1

PDF created with pdfFactory trial version www.pdffactory.com

A Motion for Summary Judgment having been filed and heard before the Honorable Morrison C. England, Jr., United States District Judge presiding, and the evidence presented having been fully considered, the issues having been dully heard and a decision having been dully rendered:

IT IS ORDERED AND ADJUDICATED THAT Plaintiffs: Christina Pistorius, Michael Valenzuela, Ronda Padula, Cathy Padula, Mandy Leahy, Renee Van Diver, Rita Marchione, Sunday Bogart, Chet Barnes, Travis Feri, Vivian Leahy, Patricia Cotter and Mallie Kerwood take nothing by way of their complaint, that their actions be dismissed on the merits and that Defendants recover their costs.

DATED: September 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com