UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAYNA PADULA, ET AL.,    No. 2:05-cv-00411-MCE-EFB

    Plaintiffs,

  v.    <u>MEMORANDUM AND ORDER</u>

ROBERT MORRIS, ET AL.,

    Defendants.

----oo0oo----

On September 5, 2008, this Court entered a Judgment ordering that Plaintiffs Christina Pistorius, Michael Valenzuela, Ronda Padula, Cathy Padula, Mandy Leahy, Renee Van Diver, Rita Marchione, Sunday Bogart, Chet Barnes, Travis Feri, Vivian Leahy, Patricia Cotter and Mallie Kerwood take nothing by way of their Complaint, that their actions be dismissed on the merits, and that Defendants recover costs. The Court now vacates that Judgment, *nunc pro tunc*.

IT IS SO ORDERED.

Dated: October 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE