UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAYNA PADULA, et al.,   No. 2:05-cv-00411-MCE-EFB

     Plaintiffs,

  v.   MEMORANDUM AND ORDER

ROBERT MORRIS, et al.,

     Defendants.

----oo0oo----

On May 18, 2009, this Court electronically filed a Scheduling Order in the above-entitled action. The Court now orders, *nunc pro tunc,* that all text from Page 1, line 19, through and including Page 6, line 10, is hereby stricken from that Scheduling Order (Docket No. 176). The remaining pretrial and trial dates shall remain unchanged.

IT IS SO ORDERED.

Dated: June 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1