ANTHONY T. CASO, No. 88561
c/o Chapman Univ. School of Law
One University Drive
Orange, California 92866
Telephone: (916) 601-1916
Facsimile: (916) 307-5164
E-Mail: tom@caso-law.com

ANDREA M. MILLER, No. 88992
NAGELEY, MEREDITH & MILLER
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

Attorneys for Dayna Padula

JOHN P. KELLEY, No. 168904
Halkides, Morgan & Kelley
833 Mistletoe Lane
Redding, CA 96002
Telephone: (530) 221-8150
Facsimile:   (530) 221-7963

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA, et al. | Case No.: 2:05-CV-00411-MCE-EFB |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING CERTIFIED COPIES OF DEPOSITION TRANSCRIPTS** |
| v. | |
| ROBERT MORRIS, et al., | Trial Date: July 18, 2011 |
| Defendants. | Time: 9:00 am<br>Courtroom No. 7 |

## STIPULATION

The parties to this action hereby stipulate to the use of deposition transcripts stamped "Certified" as an alternative to transcripts provided in sealed envelopes from the deposition court

reporter. Such "certified" copies shall be accepted for lodging with the Court and use at trial and will be regarded as genuine in all respects.

DATED: June 9, 2011.

                    Respectfully submitted,

                    Law Office of Anthony T. Caso
                    ANTHONY T. CASO

                    ANDREA M. MILLER
                    NAGELEY, MEREDITH & MILLER

                    /s/ ANTHONY T. CASO
                    Attorneys for Plaintiff Dayna Padula

                    HALKIDES, MORGAN & KELLEY

                    BY: ___/s/_John Kelley_____
                          JOHN P. KELLEY

                    Attorney for Defendants

**ORDER**

Based on the foregoing stipulation between the parties, IT IS SO ORDERED.

**Date:  June 20, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE