ANTHONY T. CASO, No. 88561
c/o Chapman Univ. School of Law
One University Drive
Orange, California 92866
Telephone: (916) 601-1916
Facsimile: (916) 307-5164
E-Mail: tom@caso-law.com

ANDREA M. MILLER, No. 88992
NAGELEY, MEREDITH & MILLER
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

Attorneys for Dayna Padula

John P. Kelley, CSB #168904
Law Offices of
HALKIDES, MORGAN & KELLEY
833 Mistletoe Lane
Post Office Drawer 492170
Redding, California 96049-2170
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA, et al._____Plaintiffs,_____v.___ROBERT MORRIS, et al.,_____Defendants. | Case No.: 2:05-CV-00411-MCE-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALANA JONES**<br><br>Trial Date: July 18, 2011<br>Time: 9:00 am<br>Courtroom No. 7 |

///

///

It is hereby stipulated between plaintiff DAYNA PADULA and all defendants that defendant ALANA JONES is hereby dismissed from all remaining causes of action in the First Amended Complaint with prejudice, with each party to bear his, her, or its own fees and costs, including attorney fees.

DATED:  June 22, 2011.

                    Respectfully submitted,

Law Office of Anthony T. Caso
ANTHONY T. CASO

ANDREA M. MILLER
NAGELEY, MEREDITH & MILLER

/s/ ANTHONY T. CASO
Attorneys for Plaintiff Dayna Padula

HALKIDES, MORGAN & KELLEY

BY: ___/s/_John Kelley_____
      JOHN P. KELLEY

Attorney for Defendants

### ORDER

Alana Jones is dismissed as a defendant from all remaining causes of action in the First Amended Complaint with prejudice, with each party to bear their own fees and costs, including attorney fees.

Date:  June 24, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation Dismiss Jones
Case No.  2:05-CV-00411-MCE-EFB          2