John P. Kelley, CSB #168904

LAW OFFICES OF
**HALKIDES, MORGAN
& KELLEY**

833 MISTLETOE LANE
POST OFFICE DRAWER  492170
REDDING, CALIFORNIA 96049-2170
(530) 221-8150
FAX  (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAYNA PADULA

       Plaintiff,

    v.

ROBERT MORRIS, et al.

       Defendant

_____/

No. 2:05-cv-00411-MCE-EFB

STIPULATION AND ORDER RE ALENA JONES

    The parties hereby stipulate Alena Jones will not be called as a witness or be subpoenaed by either side to trial due to her health issues.  In lieu of live testimony, the parties have agreed Ms. Jones will sign a declaration under penalty of perjury setting forth her testimony that will be read to the jury.  The declaration will be prepared following a phone conference with all counsel.

///

///

///

1  DATED:  July 5, 2011

2                                    HALKIDES, MORGAN & KELLEY

3

4                                    By:___/s/ JOHN P. KELLEY_____
5                                         JOHN P. KELLEY
                                          Attorney for Defendants
6

7  DATED:  July 5, 2011

8

9                                    By:___/s/ ANTHONY CASO_____
                                          ANTHONY T. CASO
10                                        Attorney for Plaintiff

11

          IT IS SO ORDERED:
12

13 DATE:  July 7, 2011

14

15                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE ALENA JONES