UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA PADULA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT MORRIS, et al.,<br><br>　　　　　Defendants. | No. 2:05-cv-00411-MCE-EFB<br><br>**ORDER** |

The Court is in receipt of Plaintiff's Motion for Reconsideration (ECF No. 276) of its Order granting Defendants' request for costs (ECF No. 276). This Court may reconsider its prior decision for any of the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) judgment has been satisfied, released or discharged; and (6) any other reason that justifies relief. Fed. R. Civ. P. 60(b). Plaintiff's Motion does nothing more than rehash arguments already considered and rejected.

///

///

///

///

1 | No grounds having been presented that warrant reconsideration, Plaintiff's Motion (ECF
2 | No. 276) is DENIED.
3 |     IT IS SO ORDERED.
4 | Dated:  March 7, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT